1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NGUYEN HOOKER,

                        Petitioner,

    v.

SHERIFF KEVIN MCMAHILL, et al.,

                        Respondents.

Case No. 2:24-cv-01214-GMN-DJA

**ORDER**

Counseled Petitioner Nguyen Hooker filed a Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241, challenging the subject matter jurisdiction of the Municipal Court of the City of Las Vegas in Hooker's Driving Under the Influence ("DUI") case that is currently pending. The Court ordered Hooker to show cause why the petition should not be dismissed as barred by the *Younger* abstention doctrine and because Hooker is not in custody. ECF No. 2.

The Court finds that the issues in this matter, including whether the Court should abstain from considering the petition because of Hooker's ongoing criminal proceedings, would benefit from further briefing. Accordingly, the Court will direct the Clerk of the Court to serve the petition and a response.

**IT IS THEREFORE ORDERED:**

1. The Clerk of Court is directed to add the Las Vegas City Attorney, 100 East Clark Avenue, 3rd Floor, Las Vegas, Nevada 89101, as counsel for Respondents and to send Respondents a copy of all items previously filed in this case.

2. Respondents have 60 days from the date the petition is served to appear in this action and answer or otherwise respond, including potentially by motion to dismiss, to the petition.

///

///

3.  Hooker will have 60 days following the service of the answer to file and serve a reply brief.  If any motion is filed, the parties will brief the motion in accordance with LR 7-2 and 7-3 of the Local Rules of Practice.

DATED:  October 31, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE